**SECRETARY OF CONGRESS,**
Plaintiff–Appellant,

v.

**State of MARYLAND, Defendant–
Appellee.**

No. 02–1296.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Secretary of Congress, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

The Appellant, who refers to himself as the Secretary of Congress of the United States, appeals the district court's order dismissing his civil action against the State of Maryland as legally frivolous. We have reviewed the record and the district

court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Secretary of Congress v. Maryland,* No. CA–02–698–MJG (D.Md. Mar. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*